**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Diego Lorenzana, | **NO. CV-21-00634-PHX-JZB** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Axway Incorporated, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed September 22, 2023. Judgment is entered in favor of plaintiff confirming the Arbitration Award, dated April 6, 2023.

Debra D. Lucas
District Court Executive/Clerk of Court

September 22, 2023

By   s/ K. James
     Deputy Clerk